(No. 22891.—

THE PEOPLE *ex rel.* John L. Applen, County Collector, Appellee, *vs.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Opinion filed April 17, 1935—Rehearing denied June 11, 1935.*

JOHNSON & PETERSON, for appellant.

JOSEF T. SKINNER, State's Attorney, for appellee.

Mr. JUSTICE SHAW delivered the opinion of the court:

The questions presented on this appeal are identical with those considered and passed upon in *People* v. *Chicago, Burlington and Quincy Railroad Co.* (*ante,* p. 433,) and the appeal is from the same court. For the reasons stated in our opinion in that case the judgment of the county court of Bureau county is reversed as to the tax for general county purposes and in all other respects it is affirmed.

*Affirmed in part and reversed in part.*